1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18

| BOKHYUN YOO, on behalf of herself, and those similarly situated, | CASE NO. **2:07-cv-04515-FMC-JCx** |
|---|---|
| Plaintiff, | **ORDER APPROVING SETTLEMENT AND PROVIDING FOR NOTICE** |
| v. | |
| WENDY'S INTERNATIONAL, INC. | |
| Defendant. | |

19
20
21
22
23
24
25
26
27
28

1    This matter having come before the Honorable Florence Marie Cooper; and it
2 appears to the Court that this action (the "Action") has been filed as a putative class
3 action; and it further appears that an unopposed motion has been made for an order
4 approving settlement of this Action in accordance with a Class Action Settlement
5 Agreement dated December 17, 2008 (the "Agreement") which, together with the
6 exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement
7 of the Action and for dismissal of the Action with prejudice upon the terms and
8 conditions set forth therein; and the Court having read and considered the Agreement
9 and exhibits annexed thereto; and good cause being shown for the making and
10 granting of this Order,

11    It is on this <u>18th</u> day of <u>December</u>, 2008 HEREBY ORDERED as follows:

12    1.    All capitalized terms not otherwise defined herein shall have the
13 meanings set forth in the Agreement.

14    2.    Pursuant to Fed. R. Civ. P. 23, the Court preliminarily certifies, for
15 purposes of effectuating this settlement only, a Settlement Class of all purchasers in
16 the United States of Wendy's French fries or fried chicken products during the period
17 of June 8, 2006 to December 17, 2008.  Pursuant to the terms of the Settlement, the
18 Settlement Class excludes any persons who have timely and validly opted out of the
19 Settlement Class pursuant to paragraph 6 of the Agreement.

20    3.    Plaintiffs Bokhyun Yoo, Adam Jernow, Leah McLawrence and
21 Catherine Fitch are hereby appointed class representatives.  Michael R. Reese of
22 Reese Richman LLP is hereby appointed class counsel.

23    4.    With respect to the Settlement Class, this Court preliminarily finds and
24 concludes that: (a) the members of the Settlement Class are so numerous that joinder
25 of all Settlement Class members in the Action is impracticable; (b) there are
26 questions of law and fact common to the Settlement Class which predominate over
27 any individual questions; (c) the claims of the class representatives are typical of the
28 claims of the Settlement Class; (d) the class representatives and their counsel have

fairly and adequately represented and protected the interests of all of the Settlement Class members; and (e) a class action is superior to other methods for the fair and efficient adjudication of this matter.

5. The Court does hereby preliminarily approve the Agreement and the settlement set forth therein as fair, reasonable, adequate and in the interests of the Settlement Class as a whole, subject to further consideration at the Settlement Hearing described below.

6. A hearing (the "Settlement Hearing") shall be held before this Court on March 9, 2009 at 10:00 a.m. at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California, to determine whether the proposed settlement of the Action on the terms and conditions provided for in the Agreement is fair, reasonable, and adequate to the Settlement Class and should be approved by the Court; to determine the amount of counsel fees and expenses to be awarded to Class Counsel, which fees and costs are not to exceed $1,090,000; and, to determine whether the Class Representatives combined shall receive $10,000 for their time, costs and expenses occurred through their representation of the Class.

7. The Court approves as to form and content the Notice of Class Action Settlement (the "Notice") annexed as Exhibit B to the Agreement; and finds that notice by publication in USA Today and on the Internet in the manner and form set forth in Section 7(a) and (b) of this Order meet the requirements of Fed. R. Civ. P. 23 and of due process of law, is the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto.

(a) Within thirty (30) days of the date of this order, Wendy's International, Inc., at its sole expense, shall cause a copy of the Notice to be published in two separate issues of USA Today.

(b) Not later than forty-five (45) days before the Settlement Hearing, the Notice shall be posted by Wendy's on the internet and Wendy's shall

2

|     |     |
| --- | --- |
| 1   | make the text of the Notice available for downloading via the |
| 2   | internet. |
| 3   | 8.  Any potential member of the Settlement Class may request exclusion |
| 4   | from the Settlement Class.  Such request for exclusion must be postmarked on or |
| 5   | before February 16, 2009, and otherwise comply with the requirements set forth in |
| 6   | the Notice.  All members of the Settlement Class who do not request exclusion |
| 7   | therefrom in the manner provided herein may, but need not, enter an appearance in |
| 8   | this Action pro se or through counsel of their own choice, in the manner provided |
| 9   | herein.  If they do not enter an appearance in the manner provided herein, they will be |
| 10  | represented by Class Counsel. |
| 11  | 9.  (a) Any member of the Settlement Class who does request exclusion |
| 12  | may file papers supporting or objecting to the proposed settlement by filing with the |
| 13  | Court and mailing to Class Counsel and to counsel for Wendy's by first-class mail |
| 14  | postmarked not later than February 16, 2009, a written statement of support or |
| 15  | objection which must set forth: (i) an identification of the action, *Yoo v. Wendy's* |
| 16  | *International, Inc.*; (ii) the Settlement Class member's full name, address, the items |
| 17  | of Wendy's Fried Food purchased, the location said food was purchased, and the |
| 18  | approximate date said food was purchased; and (iii) the specific reasons for the |
| 19  | objection, and any evidence or legal authority the Settlement Class member believes |
| 20  | supports the objection.  Any member of the Settlement Class who does not make his |
| 21  | or her objection in the manner provided herein shall be deemed to have waived such |
| 22  | objection and shall forever be foreclosed from making any objection to the fairness or |
| 23  | adequacy of the proposed settlement as incorporated in the Agreement unless |
| 24  | otherwise ordered by the Court. |
| 25  | (b)  Any member of the Settlement Class who files a written statement |
| 26  | of support of objection to the settlement in accordance with Section 11(a) hereof may |
| 27  | appear at the Settlement Hearing, at his or her own expense, either personally or |
| 28  | through counsel, in support of or opposition to the settlement; provided, however, |

3

that no Settlement Class member shall be heard unless he or she files with the Clerk of the Court, and mails to Class Counsel and Counsel for Wendy's, a notice of appearance together with any other written materials to be presented to the Court. Notices of appearance and written materials to be presented to the Court must be postmarked no later than February 16, 2009.  Any Settlement Class member who does not enter an appearance will be represented by Class Counsel

10. Until the Settlement Hearing, neither Plaintiffs, nor any members of the Settlement Class, whether directly, representatively, derivatively, or in any other capacity, shall commence, prosecute, or participate in (actively or inactively) any action or proceeding in any court or tribunal asserting any of the Released Claims against any of the Released Parties.

11. Except as provided in this Agreement, the Action is stayed pending the Court's decision on the fairness of the proposed settlement.

12. All papers, including memoranda to be filed by the parties in support of the settlement, Class Counsel's application for attorney's fees, and reimbursement of expenses shall be served and filed on or before February 9, 2009.  Responses to these papers shall be served and filed on or before February 16, 2009.

13. The Court reserves the right to adjourn the date of the Settlement Hearing without further notice to the members of the Settlement Class and retains jurisdiction to consider all further applications concerning the proposed settlement. The Court may approve the settlement, with such modifications as may be agreed to by the parties, if appropriate, with further notice to the Settlement Class.

_____
Florence-Marie Cooper
United States District Judge