Frank Liuzzi
LIUZZI, MURPHY & SOLOMON, LLP
(SBN 158226)
101 Montgomery St., 27th Floor
San Francisco, CA, 94104
T: (415) 543-5050
F: (415) 543-3550
frank@lmslaw.com


Christopher A. Bandas (*pro hac vice pending*)
BANDAS LAW FIRM, P.C.
(Texas SBN. 00787637)
500 N. Shoreline, Ste. 1020
Corpus Christi, Texas 78471
T: (361) 698-5200
F: (361) 698-5222
cbandas@bandaslawfirm.com

ATTORNEYS FOR OBJECTOR


IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOKHYUN YOO, on behalf of Herself and all others similarly situated | ) ) ) | CASE NO. CV07-4515 FMC (JCx) |
| Plaintiff, | ) ) | Hon. Florence-Marie Cooper |
| | ) ) ) ) | NOTICE OF APPEARANCE, OBJECTION TO CLASS SETTLEMENT AND APPLICATION FOR ATTORNEYS' |
| V. | ) ) | FEES AND EXPENSES |
| WENDY'S INTERNATIONAL, INC. | ) ) | |
| Defendant. | ) ) ) | Hearing Date: March 9, 2009 Time: 10:00 a.m. Place:  Courtroom 750 |

**NOTICE OF APPEARANCE, OBJECTION TO CLASS
<u>SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES AND EXPENSES</u>**

Kervin Walsh, Objector herein, appears through counsel of record and files his

Objection to Class Settlement and Application for Attorneys' Fees and Expenses.  Objector is a

member of the class as defined in the settlement notice. Objector's address and telephone number is 430 Paloma, Corpus Christi, Texas 78412, 361-883-9800.

I.

Objection is made to the proposed settlement on the following grounds. First, the class notice is vague, confusing and inadequate.

II.

Based upon the evidence before the Court, the proponents have not carried their burden of proof that the settlement is fair, adequate and reasonable. The settlement provides vague injunctive relief and *cy pres* relief, without any direct monetary benefits to the class. The only monetary relief is in the form of substantial attorneys' fees and expenses.

III.

The attorneys' fees and expenses and incentive awards are excessive under either a percentage of recovery method or under a lodestar analysis. Objection is made to the extent detailed time and expense records are not provided to the Court in advance of the fairness hearing and made part of the Court's record.

WHEREFORE, PREMISES CONSIDERED, Objector respectfully requests the Court grant these objections to the class settlement and attorneys' fees and expenses and deny the parties' request to approve their proposed settlement.

Respectfully submitted,

By:      /s/ Frank Liuzzi      
Frank Liuzzi
LIUZZI, MURPHY & SOLOMON, LLP
(SBN 158226)
101 Montgomery St., 27th Floor
San Francisco, CA, 94104
T: (415) 543-5050
F: (415) 543-3550
frank@lmslaw.com

1

2      Christopher A. Bandas (*pro hac vice pending*)
       BANDAS LAW FIRM, P.C.
3      (Texas SBN. 00787637)
       500 N. Shoreline, Ste. 1020
4      Corpus Christi, Texas 78471
       T: (361) 698-5200
5      F: (361) 698-5222
6      cbandas@bandaslawfirm.com

7      ATTORNEYS FOR OBJECTOR

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE/PROOF OF SERVICE**

On this the 13th day of February 2009, a true and correct copy of the above and foregoing instrument was duly served by certified mail, return receipt requested upon the following counsel of record and/or to all counsel of record via e-mail according to efiling:

Michael R. Reese
Reese Richman, LLP
875 6th Avenue, 18th Floor
New York, NY 10001

Thomas P. McLish
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire, N.W.
Washington, DC 20036

                                                                            ____/s/ Frank Liuzzi_____
                                                                            Frank Liuzzi