MICHAEL R. REESE (State Bar No. 206773)
michael@reeserichman.com
**REESE RICHMAN LLP**
875 Sixth Avenue, 18th Floor
New York, New York 10001
Telephone: (212) 579-4625
Facsimile: (212) 253-4272

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOKHYUN YOO, on behalf of herself, and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WENDY'S INTERNATIONAL, INC. <br><br> Defendant. | CASE NO. CV07-4515 FMC (JCx) <br><br> Hon. Florence-Marie Cooper <br><br> **DECLARATION OF MICHAEL R. REESE IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT; FOR AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES TO CLASS COUNSEL; AND PAYMENT TO CLASS REPRESENTATIVES AS COMPENSATION FOR THEIR TIME AND EFFORT** <br><br> Hearing Date:  March 9, 2009 <br> Time:              10:00 a.m. <br> Place:             Courtroom 750 <br> Compl. Filed:  July 12, 2007 |

Michael R. Reese, hereby declares the following:

1. I am an attorney at law in good standing of the states of California and New York. I am admitted to practice before this Court. I am a member of the law firm of Reese Richman LLP, Class Counsel for Plaintiffs in the above matter. I am fully familiar with the facts set forth in this Declaration.

2. I make this Declaration in support of the accompanying Reply in Support of Motion for Final Approval of Proposed Settlement and Application for an Award of Attorneys' Fees and Reimbursement of Expenses and Award Payment to the Named Plaintiffs.

3. Class Counsel has received scores of copies of correspondence, both through e-mail and letter form, from class members regarding the settlement. The vast majority of the class correspondence has supported the settlement.

4. I have reviewed the dockets of several cases in which the Liuzzi, Murphy & Solomon LLP and Bandas Law Firm, P.C. have collectively objected to settlements. The objection in each of these cases is essentially the same. These case included the following: *Yoo v. Wendy's International, Inc.*, 07-04515 (C.D. Cal.); *Wilson v. Airborne Inc. et al.*, 07-cv-00770 VAP (C.D. Cal.); *Checkmate Strategy Group Inc. v. Yahoo,* 05-cv-4588 (C.D. Cal.); *Fleury v. Cartier International Inc. et al.*, 05-cv-04525 (N.D. Cal.); and, *Conroy v. 3M Corp.*, 00-cv-2810 (N.D. Cal.). I understand that in each case where there was a ruling, their objections were overruled.

5. I personally supervised the work on this matter performed by all members of Class Counsel to assure that there was no duplication of effort. There, in fact, was no duplication of effort. Rather, the significant amount of time expended by Class Counsel on this matter reflects the significant amount of work required to get this case to the posture it is in today, including, but not limited to, litigation of three separate actions that involved three motions to dismiss and two contested class certification motions. Moreover, the discovery in this matter involved review of over 150,000 pages of documents, many technical in nature, which I personally supervised to assure no

1  duplication of effort. The matter also involved a number of depositions of Defendant
2  and Plaintiffs.

3        6.    I have reviewed a recent survey of partner and associate 2008 billing rates
4  for law firms based in Los Angeles and New York. The survey states that partners at
5  Manett, Phelps & Phillips LLP in Los Angeles bill at an average of $626 per hour with
6  8th year associates billing at an hourly rate of $505 per hour and that partners at Curtis,
7  Mallet-Prevost, Colt & Mosie LLP in New York bill an average of $730 with 8th year
8  associates at the firm billing at an hourly rate of $560 per hour. The highest amount
9  billed by a New York firm was White & Case with a top billable rate by a partner at
10  $1260 per hour and a top billable rate for an associate at $920 per hour.

11        7.    Attached hereto as Exhibit A is true and correct copy of Kervin Walsh's
12  objection in the matter of *Wilson v. Airborne, Inc. et al.*, 07-cv-00770 VAP (C.D. Cal.
13  May 19, 2008).

14        8.    Attached hereto as Exhibit B is a true and correct copy of the Order
15  Granting Motion for Final Approval in *Wilson v. Airborne, Inc. et al.*, 07-cv-00770 VAP
16  (C.D. Cal. Aug. 13, 2008).

17        9.    Attached hereto as Exhibit C is a copy of the firm resume of Reese Richman
18  LLP previously filed with this Court in conjunction with Plaintiff's Motion for Class
19  Certification.

20        10.    Attached hereto as Exhibit D is a true and correct copy of the court's
21  decision granting an application for attorneys' fees in the matter of *Matlink v. Home*
22  *Depot U.S.A., Inc. et al.*, 07-cv-1994 DMS (S.D. Cal. Oct. 27, 2008).

23        11.    Attached hereto as Exhibit E is a true and correct copy of the court's
24  decision granting an application for attorneys' fees in the matter of *Yue v. Storage*
25  *Technology Corp. et al.*, 07-cv-5850 JW (N.D. Cal. Sept. 5, 2008).

26        12.    Attached hereto as Exhibit F is a true and correct copy of a print-out from a
27  website reflecting an hourly rate for paralegals at $250 in the Redwood, California area.
28

REESE RICHMAN LLP, 875 SIXTH AVENUE, 18TH FLOOR, NEW YORK, NY 10001

1  The $250 per hour paralegal charge for Class Counsel's paralegals reflects the typical
2  higher costs paid in New York for legal assistance.
3      I HEREBY DECLARE under penalty of perjury under the laws of the United
4  States of America that the foregoing is true and correct.

5  Dated: February 23, 2009      */s/ Michael R. Reese*
    Michael R. Reese

REESE RICHMAN LLP, 875 SIXTH AVENUE, 18TH FLOOR, NEW YORK, NY 10001

3