# REESE RICHMAN LLP

Reese Richman LLP represents investors, consumers and employees in a wide-array of class action litigation throughout the nation.  The attorneys of Reese Richman LLP are skilled litigators with years of experience in federal and state court.  Reese Richman LLP is based in New York, New York with attorneys also in Austin, Texas and San Francisco, California.

Recent and current cases litigated by the attorneys of Reese Richman LLP on behalf of investors and consumers include the following:   *Gaines v. Home Loan Center Inc.*, 08-cv-667 DOC (C.D. Cal.) for violation of the federal RICO Act; *All-Star Carts and Vehicles Inc. v. BFI Canada Income Fund et. al.*, 2:08-cv-1816 LDW (E.D.N.Y.) for violation of the Sherman Antitrust Act; *Bodoin v. Impeccable L.L.C.*, Index. No. 601801/08 (N.Y. Sup. Ct.) for conspiracy and fraud; *Tan v. Comcast Corp.*, 2:08-cv-02735 LDD (E.D. Pa.) for violation of the federal Computer Abuse and Fraud Act; *Yoo v. Wendy's International, Inc.*, 07-cv-04515 FMC (C.D. Cal.) for violation of California's consumer protection laws; *Murphy v. DirecTV, Inc.*, 07-cv-06545 FMC (C.D. Cal.) for violation of California's consumer protection laws; *Bain v. Silver Point Capital Partnership LLP,* Index No. 114284/06 (N.Y. Sup. Ct.) for breach of contract and fraud; *Siemers v. Wells Fargo & Co. et al.*, No. C-05-4518 WHA (N.D. Cal.) for violation of §10(b) of the Securities Exchange Act of 1934; *Kastin v. AMR Corp. et al.*, 06-CV-5726 (S.D.N.Y.) for violation of the Sherman Antitrust Act; *In re Orbitz Taxes and Fees Litigation*, No 05 CH 00442 (Cook County, Illinois) for violation of Illinois' consumer protection laws; *Dover Capital Ltd. v. Galvex Estonia OU*, Index No. 113485/06 (N.Y. Sup. Ct.) for breach of contract involving an Eastern European steel company; *In re American Funds Securities Litigation*, CV-06-7815-GAF (C.D. Cal) for violations of §12(a)(2) of the Securities Act of 1933 and §10(b) of the Securities Exchange Act of 1934; *Ulferts v. Franklin Resources Inc. et al.*, 2:07-cv-01309 WJM (D. N.J.) for violation of §10(b) of the Securities Exchange Act of 1934; *In re Korean Air Antitrust Litigation*, CV07-01891 (SJO) for violation of the Sherman Antitrust Act; *Okland v. Travelocity.com Inc.*, 342-209514-05 (Tarrant County, Texas) for violation of Texas' consumer protection laws; and, *Spencer v. Pioneer Electronics (USA) Inc.*, GN403865 (Travis County,Texas) for violation of Texas' consumer protection laws.

**The Attorneys of Reese Richman LLP**

**Michael R. Reese**

Mr. Reese litigates securities, consumer and antitrust cases as class actions and on behalf of individual clients. Prior to joining private practice in 2000, Mr. Reese served as an assistant district attorney at the Manhattan District Attorney's Office where he served as a trial attorney prosecuting both violent and white-collar crime.  Mr. Reese has extensive trial experience.

Victories by Mr. Reese on behalf of investors include *Siemers v. Wells Fargo, Inc.* CV05-4518 (WHA) (N.D. Cal.) that resulted in settlement soon after the class was certified; *In re Sears Roebuck and Co. Securities Litigation*, No. 02 C 07527 (N.D. Ill.) which resulted in a $215 million recovery for shareholders; *In re American Express Financial Services Securities Litigation*, No. 04 Civ. 1773 (S.D.N.Y.) and *Spahn v. Edward D. Jones & Co. L.P.*, 04-cv-0086-HEA (E.D. Mo.), both of which were actions against brokerages for alleged receipt of kickbacks from mutual fund companies that resulted in settlements of $100 million and $127.5 million, respectively.

Achievements by Mr. Reese on behalf of consumers include *Olmstead v. Pioneer Electronics (USA), Inc.*, No. BC257222 (Los Angeles Superior Court), a class action brought pursuant to California consumer protection laws for sale of defective DVD players. This action is reported at *Pioneer Electronics (USA), Inc., v. the Superior Court of Los Angeles County*, 40 Cal. 4th 360 (2005), whereby Mr. Reese successfully litigated on behalf of consumers in a ground breaking case that gave named plaintiffs the right to obtain unredacted records of similarly situated consumers who had complained to defendants about deceptive practices.

Mr. Reese is a member of the state bars of New York and California as well as numerous federal courts. Mr. Reese received his juris doctorate from the University of Virginia in 1996 and his bachelor's degree from New College in 1993.

### Kim E. Richman

Mr. Richman is with the New York offices of Reese Richman LLP from where he litigates consumer and securities fraud class actions. Mr. Richman also specializes in civil rights litigation. Mr. Richman is an accomplished trial attorney with experience both in federal and state courts.

Mr. Richman draws his class action expertise from previously working at both a small think tank in San Francisco and a large class action firm. His experience includes litigating cases ranging from protecting the privacy rights of consumers and fair use rights of the public to corporate fraud and insider trading.

Mr. Richman is experienced in handling both state and federal matters and has litigated dozens of trials to verdict.

Mr. Richman has also handled various federal civil rights claims, representing clients both individually and on a class-wide basis. These matters have spanned from protecting the wrongfully accused and victims of excessive force to the human rights of factory laborers and civil liberties of hundreds of protestors arrested at a political march.

Mr. Richman is a member of the state bar of New York and the federal bars of the Southern and Eastern Districts of New York. Mr. Richman received his juris doctorate from Brooklyn Law School in 2001 and his bachelor's degree from the University of Massachusetts in 1996, from where he graduated *summa cum laude*.

### Belinda L. Williams

Ms. Williams is based in New York from where she focuses her practice on class actions on behalf of defrauded consumers and investors. Ms. Williams has extensive experience in litigating complex commercial cases.

Ms. Williams is admitted to the bars of several federal courts as well as the state bars of New York and Maryland. Ms. Williams received her juris doctorate from the University of Virginia School of Law in 1986 and her undergraduate degree from Harvard University in 1982.

**Kate J. Stoia**

Ms. Stoia is based in San Francisco from where she litigates securities and consumer class actions.  Ms. Stoia's cases on behalf of investors and consumers include *Siemers v. Wells Fargo & Co. et al.* and *Ulferts v. Franklin Resources, Inc.*  Ms. Stoia previously worked at the law firms of Brobeck Phleger & Harrison LLP and Gibson Dunn & Crutcher LLP.  Prior to her work as a civil litigator, Ms. Stoia clerked for the Hon. Charles A. Legge of the Northern District of California.

Ms, Stoia is a member of the state bar of California and several federal courts.  Ms. Stoia received her juris doctorate from Boalt Hall School of Law, University of California at Berkeley and her bachelor's degree from Columbia University.

**Lance N. Stott**

Mr. Stott is based in Austin, Texas from where he litigates consumer class actions.  Previous and current consumer fraud class actions litigated by Mr. Stott include *Davis v. Toshiba America Consumer Products* for allegedly defective DVD players; *Bennight v. Pioneer Electronics (USA) Inc. et al.* for allegedly defective television sets; *Spencer v. Pioneer Electronics (USA) Inc. et al.* for allegedly defective DVD players; and, *Okland v. Travelocity.com, Inc.*, for deceptive pricing for online hotel reservations.

Mr. Stott is a member of the state bar of Texas.  Mr. Stott received his juris doctorate from the University of Texas in 1996 and his bachelor's degree from New College in 1993.