California Attorney at Law - Wendy Morck Law Office, Law Firm - Online Lawyer Listing by Legal Helpmate  Page 1 of 2



# FIND YOUR LAWYER

Find a Lawyer. Law Office of Wendy Morck. Ask a lawyer a question. Licensed to practice in California

Attorney Wendy Morck Specializes in: Family Law

| LEGAL FORMS |
| LEGAL DICTO |
| DISCUSSION |

FIND YOUR LAWYER   FOR A



Lawyer Directory ▸ California ▸ Lawyer Wendy Morck

 Print Profile    Return to Search Result    Redefine Search

**Wendy A. Morck**, Attorney at Law.

**Contact Info:**
Phone: (650) 299-0199
Fax:

**Main Office Location:**
600 Allerton Street
Suite 201
Redwood City, CALIFORNIA, 94063



General | Territory of Practice | Qualification | Work History | Map and Directions

**PRACTICE AREA**

Family Law: Divorce & Separation

 **OFFICES**

▸ 600 Allerton Street Suite 201, Redwood City, CA 9406:
  **Phone:** (650) 299-0199, **Fax:** Map It

 **FEES**

**Free initial consultation:** *Please call to inquire within*
**Hourly Rates:** Wendy Morck: $350 per hour; Associate Atto
$250 per hour; Paralegal: $200 per hour; Legal Assistant: $
hour.
**Fixed-Price Services:** Billed by hourly rates.

**LANGUAGES**



English

CONTACT US    FIND YOUR LAWYER    SITEMAP    LEGA