1  JESSICA M. WEISEL (SBN 174809)
   jweisel@akingump.com
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East, Suite 2400
3  Los Angeles, California 90067-3012
   Telephone:    (310) 229-1000
4  Facsimile:    (310) 229-1001

5  THOMAS P. MCLISH (*admitted pro hac vice*)
   tmclish@akingump.com
6  TROY D. CAHILL (*admitted pro hac vice*)
   tcahill@akingump.com
7  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   1333 New Hampshire Avenue, N.W.
8  Washington, D.C. 20036
   Telephone:    (202) 887-4000
9  Facsimile:    (202) 887-4288

10 *Attorneys for Defendant Wendy's International, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - SPRING STREET COURTHOUSE

| | |
|---|---|
| BOKHYUN YOO, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WENDY'S INTERNATIONAL, INC.,<br><br>Defendant. | Case No. CV07-4515 FMC (JCx)<br><br>**DEFENDANT'S RESPONSE IN SUPPORT OF MOTION FOR ORDER GRANTING FINAL APPROVAL OF SETTLEMENT**<br><br>Judge: Honorable Florence-Marie Cooper<br>Date: March 9, 2009<br>Time: 10:00 a.m.<br>Location: Courtroom 750 |

Defendant Wendy's International Inc., ("Wendy's") respectfully submits this Response in Support of Motion for an Order Granting Final Approval of Settlement to address certain objections made by Kervin Walsh (the "Walsh Objections") (Dkt. 76).[1]

Kervin Walsh, through counsel, objects to the proposed settlement on the grounds that: (1) the class notice is vague, confusing, and inadequate; and (2) the settlement has not been proven to be fair, adequate, and reasonable. Walsh Objections at 2.

In response to the Walsh Objections, Wendy's agrees with and joins in the arguments made by plaintiffs' counsel in its Reply in Support of Motion for an Order Granting Final Approval that the conclusory assertions made in the Walsh Objections are insufficient to establish that: (1) Kervin Walsh is a class member with standing to object; (2) there is any defect in the notice that this Court preliminarily approved in its December 18, 2008 Order; or (3) the settlement terms are not fair, adequate and reasonable. Wendy's submits that the proposed settlement is fair, adequate, and reasonable to the Class in light of the nature of the claims and the facts established during discovery, and in fact provides a significant benefit to the proposed class.

Wendy's takes no position with respect to the portion of the Walsh objection that objects to the attorney fees and expenses to be awarded plaintiffs, or with respect to the objection filed by Christi Weinstein, which solely objects to the proposed award of attorney fees and expenses. Wendy's does wish to confirm, however, that the attorney fees and expenses were negotiated after the parties had agreed upon the terms of the settlement, and that the attorney fees and expenses awarded will <u>not</u> diminish the benefit received by class, but rather is to be a separate payment made by Wendy's.

---

[1] Wendy's takes no position with regard to those portions of the Walsh Objections relating to attorney fees and expense payments to class representatives.

1

| | |
|---|---|
| Dated: February 23, 2009 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Thomas P. McLish (*admitted pro hac vice*)<br>Troy D. Cahill (*admitted pro hac vice*)<br><br>By /s Troy D. Cahill<br>Attorneys for Defendant Wendy's International Incorporated |

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On February 23, 2009, I served the foregoing document(s) described as: **DEFENDANT'S RESPONSE IN SUPPORT OF MOTION FOR ORDER GRANTING FINAL APPROVAL OF SETTLEMENT** on the interested party(ies) below, using the following means:

Michael R. Reese
Kim E. Richman
REESE RICHMAN LLP
875 Sixth Avenue, 18th Floor
New York, New York 10001
E-Mail: michael@reeserichman.com
Telephone: 212.579.4625
Facsimile: 212.253.4272

*Attorneys for Plaintiff Bokhyun Yoo and the proposed class*

Frank Liuzzi
LIUZZI, MURPHY & SOLOMON, LLP
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone: 415.543.5050
Facsimile: 415.543.3550
E-Mail: frank@lmslaw.com

Christopher A. Bandas
Bandas Law Firm, P.C.
500 N. Shoreline, Suite 1020
Corpus Christi, TX 78471
Telephone: 361.698.5200
Facsimile: 361.698.5222
E-Mail: cbandas@bandaslawfirm.com

*Attorneys for Objector Kervin Walsh*

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

3

Executed on February 23, 2009, at Los Angeles, California.

David B. Kirvan
[Print Name of Person Executing Proof]

_[Signature]_

4