1

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3                        WESTERN DIVISION

 4      THE HONORABLE FLORENCE-MARIE COOPER, JUDGE PRESIDING

 5

 6   BOKHYUN YOO,                          )
                                           )
 7                                         )
                                           )
 8                                         )
             vs.                           )   No. CV 07-4515 FMC-JCx
 9                                         )
     WENDY'S INTERNATIONAL, INC.,          )
10                                         )
                       Defendant.          )
11   _____)

12

13

14

15               REPORTER'S TRANSCRIPT ON APPEAL

16

17                    Los Angeles, California

18              Monday, March 9, 2009, 10:07 A.M.

19                 Motion for Settlement Approval

20

21                             PAT CUNEO, CSR 1600-CRR-CM
                               Official Reporter
22                             United States Courthouse
                               Roybal Federal Building
23                             Room 181-E
                               255 East Temple Street
24                             Los Angeles, California 90012
                               (213) 617-1817
25                             grammacuneo@aol.com
```

*UNCERTIFIED UNEDITED REALTIME ROUGH DRAFT*

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:     REESE RICHMAN LLP
                            BY:  MICHAEL REESE, ATTORNEY AT LAW
 3                          875 Avenue of the Americas
                            Eighteenth Floor
 4                          New York, New York 10001
                            (212) 579-4625
 5                          michael@reeserichman.com

 6
     FOR THE DEFENDANT:     AKIN GUMP STRAUSS HAUER & FELD LLP
 7                          BY:  THOMAS P. McLISH, ATTORNEY AT LAW
                            Robert S. Strauss Building
 8                          1333 New Hampshire Avenue, N.W.
                            Washington, D.C. 20063-1564
 9                          (202) 887-4000
                            tmclish@akingump.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   LOS ANGELES, CALIF.; MONDAY, MARCH 9, 2009; 10:00 A.M
 2                           -oOo-
 3           THE COURT:  Good morning.
 4               (All counsel responded.)
 5           THE CLERK:  Please be seated and come to order.
 6           Calling Calendar Item No. 7, Bokhyun Yoo vs.
 7   Wendy's International, Inc.
 8           Counsel, please state your appearances for the
 9   record.
10           MR. REESE:  Michael Reese, class counsel for the
11   plaintiffs in this matter.  Good morning, Your Honor.
12           MR. McLISH:  Tom McLish, counsel for Wendy's
13   International.  Good morning, Your Honor.
14           THE COURT:  Good morning.
15           The matter is on calendar this morning for final
16   approval of the class-action settlement.  I have reviewed
17   all of the documents.  Other than the two objections of
18   which the court is aware, have there been any other
19   objections to the final settlement?
20           MR. McLISH:  No.
21           MR. REESE:  No, Your Honor.
22           THE COURT:  I don't see anyone in the courtroom
23   who is here wishing to address the issue.
24           I have considered the objections filed by the
25   objectors; and I am satisfied that the settlement is fair,
```

```
 1   adequate, and reasonable.
 2           The objections lodged that the relief is vague or
 3   indefinite don't seem to be grounded in fact or law.
 4           Certainly, there are immeasurable health benefits
 5   to the public even though there isn't a monetary settlement
 6   on behalf of the public.
 7           I believe the attorney's fees are reasonable and
 8   not excessive, and I am overruling the objection that they
 9   are not adequately detailed or that they are excessive.
10           The payment to the representatives also is
11   certainly fair and I'm satisfied that it's an appropriate
12   settlement, and I am prepared to sign the order for final
13   judgment.
14           An order was submitted to the court.  Are there
15   any changes in that order that need to be made?
16           MR. REESE:  Your Honor, I submitted two proposed
17   orders.  When we first filed our motion, it did not have the
18   objectors.  I then filed a revised proposed order which does
19   address the objections.
20           THE COURT:  The one I have in front of me was
21   filed February 13.  Does that sound like the most recent?
22   I'm not sure.
23           MR. REESE:  It would have been February 23rd.
24           THE COURT:  Okay.  I will look for that.  If I
25   don't have the copy, I'll track it down.
```

1          MR. REESE:  I have a copy here as well if you need
2    it, Your Honor.
3          THE COURT:  Okay.
4          MR. REESE:  Whatever your preference is or I can
5    have it e-mailed to your e-mail address as well.
6          THE COURT:  It's probably working its way to my
7    chambers.
8          MR. REESE:  Right.
9          THE COURT:  If we don't have it or for any reason
10   I have a problem, we'll contact you.  But otherwise, I'll
11   review that and I anticipate that I'll sign that order.
12   Okay?
13         MR. REESE:  Thank you, Your Honor.
14         MR. McLISH:  Thank you.
15         THE COURT:  Thank you, gentlemen.
16            *(At 10:10 a.m. proceedings were concluded.)*
17
18                            -oOo-
19
20
21
22
23
24
25

6

| | |
|---|---|
| 1 | **CERTIFICATE** |
| 2 | |
| 3 | I hereby certify that pursuant to Section 753, |
| 4 | Title 28, United States Code, the foregoing is a true and |
| 5 | correct transcript of the stenographically reported |
| 6 | proceedings held in the above-entitled matter and that the |
| 7 | transcript page format is in conformance with the |
| 8 | regulations of the Judicial Conference of the United States. |
| 9 | |
| 10 | Date:  May 8, 2009 |

```
                                    s/_____

                                    PAT CUNEO, OFFICIAL REPORTER
                                    CSR NO. 1600
```

*UNCERTIFIED UNEDITED REALTIME ROUGH DRAFT*