**FILED**

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

OCT 26 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BOKHYUN YOO, on behalf of herself, and those similarly situated,<br><br>       Plaintiff - Appellee,<br><br>  v.<br><br>KERVIN M. WALSH,<br><br>       Movants - Appellants, et al.<br><br>and<br><br>WENDY'S INTERNATIONAL, INC.,<br><br>       Defendant,<br><br>and<br><br>CHRISTI WEINSTEIN,<br><br>       Objector. | Nos. 09-55531, 09-55554<br><br>D.C. No. 2:07-cv-04515-FMC-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER<br><br> |

    The motion in No. 09-55554 for voluntary dismissal of this appeal is granted. This appeal is dismissed pursuant to Federal Rules of Appellate Procedure 42(b). The appeal shall continue in No. 09-55531. The current briefing schedule shall remain in effect.

Lking/10.12.09/lkk/Pro Mo

A copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court


Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit Rule 27-10

Lking/10.12.09/lkk/Pro Mo