FILED

NOV 19 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

BOKHYUN YOO, on behalf of herself, and those similarly situated,

Plaintiff - Appellee,

v.

WENDY'S INTERNATIONAL, INC.,

Defendant - Appellee,

v.

KERVIN M. WALSH,

Movant,

and

CHRISTI WEINSTEIN,

Objector - Appellant.

No. 09-55531

D.C. No. 2:07-cv-04515-FMC-JC
Central District of California,
Los Angeles

ORDER

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed pursuant to Federal Rules of Appellate Procedure 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

Lking/11.9.09/lkk/Pro Mo

For the Court:

MOLLY C. DWYER
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

Lking/11.9.09/lkk/Pro Mo